**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable William M. Wunderlich
United States Magistrate Judge
Yosemite, California

                        **RE:**    **Dimitry LUBLIN**
                                 **Docket Number:  6:02M08025-01**
                                 **REQUEST TO VACATE REVIEW HEARING**
                                 **CALENDARED FOR SEPTEMBER 16, 2005**

Your Honor:

The purpose of this Memorandum is to respectfully request the Review Hearing scheduled for September 16, 2005, be removed from the Court's calendar as the offender has completed all of his special conditions of probation.

On April 26, 2005, the offender appeared before Your Honor for re-sentencing after appeal. Mr. Lublin pled guilty to 36 CFR 4.23(a)(1) - Driving Under the Influence of Alcohol, and 36 CFR 4.22(b)(2) - Failure to Maintain Control. The offender was placed on one year formal probation, ordered to pay a fine in the amount of $775, pay restitution in the amount of $6,000, pay a special assessment of $10 for each count for a total of $20, and complete 160 hours community service. All of the above-noted special conditions were ordered to be completed before September 16, 2005, and if said conditions were completed, the calendared Review Hearing was to be vacated, and Mr. Lublin's term of probation was to be terminated.

Mr. Lublin has satisfied all of the above-noted special conditions, and it is respectfully recommended the Review Hearing calendared for September 16, 2005, be vacated.

                                          Respectfully submitted,

                                          /s/ Casey Horner, Sr.

                                        **CASEY HORNER, SR.**
                                        **Senior United States Probation Officer**

**RE:**   **Dimitry LUBLIN**
          **Docket Number:  6:02M08025-01**


Dated:      September 6, 2005
            Modesto, California
            CKH:lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( x )   Request to vacate Review Hearing calendared for September 16, 2005, is approved.

(   )   Request to vacate Review Hearing calendared for September 16, 2005, not approved at this time.  Probation Officer to contact Court.

(   )   Other:


cc:   Stanley A. Boone
      Assistant United States Attorney

      Victor S. Haltom
      Defense Counsel IT IS SO ORDERED.

**Dated:   September 13, 2005**          /s/  William M. Wunderlich
mmkd34                                    UNITED STATES MAGISTRATE JUDGE